# EXHIBIT A

# Rutherford County, TN

email: "rob.deglman@smartjailmail.com Rob Deglman"     Wednesday, June 14, 2017 at 2:15:55 PM Eastern Daylight Time
To: email: "sdeane@vendengine.com" , email: "bsalandy@rcsotn.org"
Cc: email: "jimlogan@smartjailmail.com Jim Logan" , email: "jon.logan@smartjailmail.com Jon Logan"

Good Afternoon Silas,

I wanted to take this opportunity to introduce myself and reach out to you to attempt to schedule a call to discuss Rutherford County.

I spoke with Chief Salandy today and he is anxious for us to work out the details so we can implement our suite of services including MailGuard.

I would like to have a discussion with you if you can provide me a day-time that would be convenient for you.

I am scheduled to get back with Chief Salandy on Friday so the sooner we can get together, the better.

Thanks

rob


--
Rob Deglman
Smart Communications
Director of Sales & Marketing
rob.deglman@smartcommunications.us
Cell (941) 704-7448
10491 72nd Street
Seminole, Florida 33777
http://www.mailguardkiosk.com/