# EXHIBIT B



HOME          ABOUT          FEATURES          RESOURCES

CONTACT          MAKE DEPOSIT

Uncategorized

# VendEngine Launches New Digital MailRoom Application for the Corrections Marketplace

By dcatt    |    June 21, 2018    |    No Comments

Nashville, Tenn., Jan. 04, 2018 (GLOBE NEWSWIRE) — VendEngine, a cloud-based technology provider in the corrections marketplace, has launched its MailRoom module application to their comprehensive technology suite.

The new service provides a unique cloud-based platform for inmate families and others to utilize the free "JailFunds" app (available in the Android and Apple Stores) or the VendEngine.com website to send free electronic messages to inmates including photos and other attachments. Inmates can respond to the messages on the VendEngine platform already utilized by hundreds of jail facilities.

"With the increase in opioids and other drugs being slipped into correctional facilities through the mail, our goal through this new application is to reduce physical mail by 80 percent while delivering a free instantaneous messaging component that people are used to outside of jail," said Silas Deane, president of VendEngine. "The reduc physical mail is not only a time saver and safety boon for jail staff, it provides an extra barrier for those see. to

sneak drugs into a facility."

"Statistics show that increased communication with family members can reduce recidivism.  That is why by making incoming electronic mail free, we have provided our county constituents with a free, no-cost platform to communicate with their incarcerated family members," said Bernard Salandy, chief of the Rutherford County Jail in Murfreesboro, Tenn.

A benefit to law enforcement:  The VendEngine MailRoom application allows each incoming and outgoing message to be filtered through a keyword content filter and then delivered instantly to the inmate or family member or if flagged, set for review by the jail staff.  Additionally, jails utilizing this application now have access to all electronic messages for investigative and storage purposes, contact information and "six degrees of separation" technology that allows investigators to track communication from similar contacts across the inmate population. Jail staff can block any communications to outside parties on an individual or jail-wide basis and manage their own keyword filter functions. Any physical mail still coming into the facility is scanned and delivered instantly to the inmate and digitized for investigative purposes.

# Leave a Reply

**Name** *                              **Email** *                              **Website**

**Submit Comment**



### Menu

Home

About

Features

Contact

Make Deposit

Request Demo

### Resources

Pre-Install Form

Training Videos

Product Overview Booklet

### Legal

Privacy Policy

Terms of Service

Texas Customers

Minnesota Customers



© 2019 VendEngine All Rights Reserved

