# EXHIBIT C

SELECT A CITY

Who's expanding, who's cutting: Check out NBJ's Jobs Watch

LIMITED TIME OFFER
Subscribe Now

YOUR ACCOUNT
david.gann@smartcommun...

INDUSTRIES & TOPICS    NEWS    LISTS & LEADS    PEOPLE & COMPANIES    EVENTS    MORE...

From the Nashville Business Journal: https://www.bizjournals.com/nashville/news/2018/02/06/how-this-nashvillecompany-s-technology-is-reducing.html

# How this Nashville company's technology is reducing inmate drug use

SUBSCRIBER CONTENT:    Feb 6, 2018, 11:39am CST

Inmates inside the Rutherford County Adult Detention Center don't lack creativity. Unfortunately, some occassionally use that creativity to smuggle in contraband.

Deputy Chief Bernard Salandy said some prisoners were receiving postcards soaked in drugs — or with drugs hidden under stamps — to get narcotics past inspectors. Officers processing the mail had to wear gloves to protect themselves and some inmates were literally eating their mail to get high.



CONTRIBUTED
Silas Deane, president, VendEngine Inc.

Last year, Salandy put a call in to Silas Deane, CEO of VendEngine, and told him about his problem.

VendEngine, a Brentwood-based company that provides hardware and software for correctional facilities, usually focuses on commissary and entertainment applications. But Deane had an idea, and a couple of months later he called Salandy with a solution — electronic messaging.

VendEngine created a cloud-based platform that allows inmates' families and friends to

send free electronic messages to inmates, including photos and other attachments.

Inmates can access the mail at a kiosk and send their own messages at a cost of 25 cents to 50 cents a message. The jail pays nothing for the software.

"When he [Deane] told me what he had I couldn't wait to get my hands on it because no one else has it," Salandy said. "It's that groundbreaking."

Salandy said one of the most useful features of the app is the ability to search key words in the messages. What took hundreds of man hours to read — reviewing written mail for gang language or references to drug use — now takes seconds.

The jail has seen an 80 percent reduction in physical mail since the app was put into use in November, according to Deane, and Salandy said the jail plans to eventually only allow electronic mail.

Deane said the software is being used in about 35 jails across the country, he expects that number to grow quickly this year.

VendEngine offers 15 other apps that are in use in more than 185 jails.

"We anticipate that all of our jails will want this system by the end of the year," Deane said. "If I am a sheriff I can increase officer safety, reduce drug use and do it for free. There is really no downside to it."

**Joel Stinnett**
Reporter
*Nashville Business Journal*

