# EXHIBIT D



# VendEngine Opens Mail Processing Center for Correctional Facilities

**Corrections Tech Company Innovates Fight Against Opioids, Jail Contraband**

f  🐦  in  G+  📌       @ Email       🖨 Print Friendly       ⤴ Share

April 29, 2019 11:07 ET | **Source:** VendEngine

NASHVILLE, Tenn., April 29, 2019 (GLOBE NEWSWIRE) -- **VendEngine**, a cloud-based technology provider in the corrections marketplace, announced today that they have opened a mail processing center for jails and correctional facilities to scan inmate mail. The company also launched an enhanced Digital MailRoom application to their comprehensive technology suite.

The new services by VendEngine provide a new tool to jails and correctional facilities in the ongoing fight against opioids and jail contraband being snuck into jails. By using the JailFunds app (available in the Android and Apple Stores) or the **VendEngine.com** website, inmates' friends and families may send FREE electronic messages to inmates including photos and other attachments. Inmates can respond to the messages on the VendEngine platform already utilized by hundreds of jail facilities. For any physical mail sent to the facility, VendEngine provides either a mail scanning solution for onsite management or its mail processing center, located in Nashville, Tenn., to process and handle the digitization of all mail. Scans are then digitized and uploaded to the jail's accounts for review and delivery.

"Mail is the number one method for bringing contraband into a jail or correctional facility, and our goal through this new application is to reduce physical mail by 80 percent while delivering a free instantaneous messaging component that people are


Case 3:20-cv-00111    Document 6-4    Filed 02/07/20    Page 2 of 4 PageID #: 66

used to outside of jail," said Silas Deane, president of VendEngine. "By offering this service, we hope to provide an extra barrier for those seeking to sneak drugs or other contraband into a secure facility."

As an additional benefit to law enforcement, the VendEngine MailRoom application allows each incoming and outgoing message to be filtered through a keyword content filter and then delivered instantly to the inmate or family member. If flagged, the message is set aside for review by the jail staff.

Jails utilizing this application now have access to all electronic messages for investigative and storage purposes, contact information and "six degrees of separation" technology that allow investigators to track communication from similar contacts across the inmate population. Jail staff can block any communications to outside parties on an individual or jail-wide basis and manage their own keyword filter functions. The onsite or offsite mail processing facility allows all mail still coming into the facility to be scanned and delivered instantly to the inmate and digitized for investigative purposes.

For more information about mail processing, the MailRoom app or any other modules in the VendEngine corrections technology portfolio, visit them at **www.VendEngine.com** or call 615-818-4643.

**About VendEngine**

VendEngine is a cloud-based technology provider specifically focused on the corrections industry. The Nashville, Tenn.—based company provides a suite of jail and prison applications ranging from deposit technologies for commissary, ordering and warehouse technology to a host of informational, communications, security, accounting and trust management components for more than 300 jails and prisons across 18 states, the Caribbean and Central America. For more information, visit **www.VendEngine.com** or download the free VendEngine JailFunds app in the Apple or Android app stores.

###

```
Todd Smith
Deane | Smith
```

```
615.454.5745, ext. 303
todd@deanesmith.agency

Lesley Moody
Deane | Smith
615.454.5745, ext. 307
lesley@deanesmith.agency
```

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.