# EXHIBIT E



6    VendEngine

**TURN YOUR PHYSICAL MAIL INTO ELECTRONIC COMMUNICATIONS**

# Digital Mail Application

The digital mail application allows individuals to send electronic mail to inmates and also allows facilities to scan in paper mail for inmates to view on the kiosks directly, instead of having to pass mail through the facility to inmates. The process is more secure, efficient and takes less time for officers to have to maintain mail for inmates.

**1. Direct Email and Text Messaging**

This free mail application allows family members to submit an electronic letter to the inmate directly for free! It arrives faster to the inmate after going through our keyword search engine for review. They simply go online to www.jailfunds.com to send their mail to the inmate.

**2. Attachments and Photos**

Family members can also add pictures or attachments to their digital mail for the inmate to view and keep on their kiosk files. All files are reviewed by jail staff before being delivered to the inmate. Hard copies can be requested in paper form upon release from the facility by the inmate.

**3. Better Facility Security**

The digital mail application is free, easy to use, prevents contraband from getting into the facility and is quick to set-up and begin using.

**4. Always Maintain Control**

Facilities still have full control over what goes in and out, can set alert words to be flagged, and allow for auto-approval or they can search against messages in reports later for investigative purposes.