IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SMART COMMUNICATIONS HOLDING, INC., | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:20-cv-00111 |
| v. | ) ) | JUDGE RICHARDSON |
| VENDENGINE, INC., | ) ) | |
| Defendant. | ) ) | |

# ORDER

Plaintiff has filed a Notice of Voluntary Dismissal (Doc. No. 74). This Notice was filed before Defendant had served either an answer or a motion for summary judgment and, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Notice of Dismissal sufficed to dismiss this action without any action on the part of the Court. The Notice states that the dismissal is without prejudice, and thus under Rule 41(a)(1)(B), the dismissal in fact is without prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** without prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE